**Order entered November 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01053-CR

**CARLOS EDUARDO SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00735-R**

## ORDER

Before the Court is court reporter Debi Harris's November 8, 2019 second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **November 18, 2019**. Ms. Harris is cautioned that further extensions will be disfavored.

/s/    BILL PEDERSEN, III
JUSTICE